IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-98-BO

| | |
|---|---|
| PATRICK P. STAUDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBINSON AVIATION, INC., ) | |
| PROFESSIONAL AIR TRAFFIC ) | |
| CONTROLLERS ORGANIZATION, ) | |
| ) | |
| Defendants. ) | |

Several motions in limine filed prior to the trial remain pending on the Court's docket. [DE 130, 138, 146, 151]. The clerk is DIRECTED to terminate these motions as pending as the trial in this matter has concluded and any evidentiary objections made therein were either raised and ruled on at the trial or waived. *See, e.g., Finch v. Covil Corp.*, 388 F. Supp. 3d 593, 612 (M.D.N.C. 2019) (courts routinely defer deciding motions in limine and consider objections raised during the trial); Fed. R. Evid. 103(b).

SO ORDERED, this __3__ day of March 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE