IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-98-BO

| | |
|---|---|
| PATRICK P. STAUDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| ROBINSON AVIATION, INC., ) | |
| PROFESSIONAL AIR TRAFFIC ) | |
| CONTROLLERS ORGANIZATION, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiff's motion for attorney fees and amended memoranda in support. [DE 174, 184, 198]. Defendants noticed their appeal of the judgment in this matter on April 14, 2020. [DE 191, 192].

As the judgment in this matter is now before the court of appeals, the Court DENIES the motion for attorney fees WITHOUT PREJUDICE to refiling within fourteen days of the resolution of the appeal. *See* Fed. R. Civ. P. 54(d) Advisory Committee Notes (1993 amendment).

SO ORDERED, this 12 day of May, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE