IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-98-BO

| | |
|---|---|
| PATRICK P. STAUDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ROBINSON AVIATION, INC., ) | |
| PROFESSIONAL AIR TRAFFIC ) | |
| CONTROLLERS ORGANIZATION, ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on plaintiff's motion for disbursement of funds from the Court's registry. [DE 249].[1] Plaintiff seeks disbursements of funds accepted by the Court from the defendants in satisfaction of the judgment in the principal amount of $550,092.33. [DE 241 & 248].

Plaintiff's motion [DE 249] is GRANTED. The Clerk of Court is DIRECTED to disburse $550,092.33 in principal together with interest accruing on deposit and less any administrative costs associated with the Court's deposit and retention of said funds to plaintiff Patrick Staudner, 431 Swiss Road, New Bern, North Carolina, 28560.

SO ORDERED, this 17 day of February, 2022.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[1] The motion has been filed provisionally under seal as plaintiff has included an image of his social security card on the second page of the motion. The clerk is DIRECTED to maintain the filing under seal to protect plaintiff's privacy but to docket the first page of the motion as a public docket entry and file the full motion as a sealed attachment.